Case 15-19368-JNP   Doc 34   Filed 07/10/17   Entered 07/10/17 13:24:51   Desc Main
Document   Page 1 of 2

Order Filed on July 10, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1
Joshua I. Goldman, Esq. Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
Nationstar Mortgage LLC

Case No:     15-19368 JNP

Chapter:  13

Hearing Date: N/A

Judge:  Jerrold N. Poslusny Jr.

In re:
Mark Darrin Nelson

                    Debtor

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|
|  |  |  |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: July 10, 2017

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  <u>Nationstar Mortgage LLC</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

- ■    Real Property More Fully Described as:

   **Land and premises commonly known as 23 Desoto Ave, Villas NJ 08251**

- ☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.