UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph T. Margrabia, Jr., JM 5564
Attorney At Law
530 Greentree Road
Glassboro, New Jersey 08028
Telephone 856-881-9600
jmargrabia@comcast.net
Attorney For Debtor

Order Filed on August 15, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Mark Darrin Nelson

| | |
|---|---|
| Case Number: | 15-19368 |
| Hearing Date: | 08/15/2017 |
| Judge: | Jerrold N. Poslusny, Jr. |
| Chapter: | 13 |

Recommended Local Form:   [X] Followed   [ ] Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 15, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by  Joseph T. Margrabia, Jr., Esquire  and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to  23 Desoto Avenue, Villas, NJ  is reinstated effective the date of this order.

*rev.7/12/16*

2