| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Joseph T. Margrabia, Jr., JM 5564<br>Attorney At Law<br>530 Greentree Road<br>Glassboro, New Jersey 08028<br>Telephone 856-881-9600<br>Attorney For Debtor |
| In Re:<br><br> Mark Darrin Nelson |

Order Filed on July 10, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:     15-19368

Chapter:        13

Hearing Date:  07/10/2018 @ 10:00

Judge:     Jerrold N. Poslusny

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 10, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 23 Desoto Avenue, Villas, Lower Township, New Jersey 08251

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Countrywide Home Loans, Inc.
b. Current Assignee: Bank Of America, N.A.
c. Current Servicer: Bank Of America, N.A.
d. Date of Mortgage/Lien: December 17, 2004
e. Date of Recordation: January 04, 2005
f. Place of Recordation: Cape May County New Jersey, Clerk's Office
   i. Mortgage Book: 4013
   ii. Page: 826
g. Original Principal Balance of Mortgage/Lien: $ 21,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2