| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Joseph T. Margrabia, Jr., JM 5564<br>Attorney At Law<br>530 Greentree Road<br>Glassboro, New Jersey 08028<br>Telephone 856-881-9600<br>Attorney For Debtor | Order Filed on July 10, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mark Darrin Nelson | Case No: 15-19368<br><br>Chapter: 13<br><br>Hearing Date: 07/10/2018 @ 10:00<br><br>Judge: Jerrold N. Poslusny |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 10, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 23 Desoto Avenue, Villas, Lower Township, New Jersey 08251

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Countrywide Home Loans, Inc.
    b. Current Assignee: Bank Of America, N.A.
    c. Current Servicer: Bank Of America, N.A.
    d. Date of Mortgage/Lien: December 17, 2004
    e. Date of Recordation: January 04, 2005
    f. Place of Recordation: Cape May County New Jersey, Clerk's Office
        i. Mortgage Book: 4013
        ii. Page: 826
    g. Original Principal Balance of Mortgage/Lien: $ 21,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Darrin Nelson  
    Debtor

Case No. 15-19368-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 10, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.  
db          +Mark Darrin Nelson,    23 Desoto Avenue,    Villas, NJ 08251-2820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:
            Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
            Alexandra T. Garcia    on behalf of Creditor    EverBank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
            Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
            Celine P. Derkrikorian    on behalf of Creditor    Nationstar Mortgage LLC njecfmail@mwc-law.com  
            Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Joseph T. Margrabia    on behalf of Debtor Mark Darrin Nelson jmargrabia@comcast.net  
            Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                                                                                                                 TOTAL: 9