**Information to identify the case:**

Debtor 1    Mark Darrin Nelson

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–6958
EIN    _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN    _ _ _ _
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    District of New Jersey

Case number:    15–19368–JNP

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Darrin Nelson

8/8/18

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures,
or criminal restitution obligations;

♦ some debts which the debtors did not
properly list;

♦ debts provided for under 11 U.S.C. §
1322(b)(5) and on which the last payment
or other transfer is due after the date on
which the final payment under the plan
was due;

♦ debts for certain consumer purchases
made after the bankruptcy case was filed if
obtaining the trustee's prior approval of
incurring the debt was practicable but was
not obtained;

♦ debts for restitution, or damages,
awarded in a civil action against the
debtor as a result of malicious or willful
injury by the debtor that caused
personal injury to an individual or the
death of an individual; and

♦ debts for death or personal injury
caused by operating a vehicle while
intoxicated.

In addition, this discharge does not stop
creditors from collecting from anyone else who
is also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general
summary of a chapter 13 discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of
the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-19368-JNP
Mark Darrin Nelson                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Aug 08, 2018
                             Form ID: 3180W        Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db          +Mark Darrin Nelson,   23 Desoto Avenue,   Villas, NJ 08251-2820
515519152    Arcadia Recovery Bureau,   P.O. Box 70256,   Phila., PA 19176
515771433   +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
515519156   +C & R Of Northfield,   P.O. Box 35,   201 Tilton Road,   Northfield, NJ 08225-1247
515546242   +Cape Cardiology Assoc &,   Cape Regional Physicians Assoc,
             Collections & Recoveries Pleasantville I,   PO Box 35,   Northfield, NJ 08225-0035
515519157   +Cape Emergency Phys.,   c/o Michael Harrison, Esq.,   3155 St. Rt. 10-Ste 214,
             Denville, NJ 07834-3430
515519159   +Cape Regional,   Physicians Associates,   P.O. Box 593,   C. M. C. H., NJ 08210-0593
515519161   +Christopher Odogbill, Esq.,   Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
515519163    Discover Financial Serv.,   P.O. Box 16316,   Wilmington, DE 19850
515743866   +EverBank,   301 West Bay Street,   Jacksonville, Florida 32202-5180
515519164   +Everhome Mortgage Co.,   301 W. Bay Street,   Jacksonville, FL 32202-5103
515519167   +G C Services,   6330 Gulfton Street,   Suite 400,   Houston, TX 77081-1108
515519169   +Lower Township MUA,   2900 Bayshore Road,   Villas, NJ 08251-1200
515519168   +Lower Township Tax Collector,   2600 Bayshore Road,   Villas, NJ 08251-1300
515911271   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
515637214   +PROBER & RAPHAEL, A LAW CORPORATION,   20750 Ventura Boulevard, Suite 100,
             Woodland Hills, California 91364-6207


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:13     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515519154    EDI: BANKAMER.COM Aug 09 2018 03:08:00     Bank of America,   P.O. Box 982235,
             El Paso, TX 79998
515519153   +EDI: BANKAMER.COM Aug 09 2018 03:08:00     Bank of America,   1800 Tapo Canyon Rd.,
             Simi Valley, CA 93063-6712
515776892   +EDI: BANKAMER.COM Aug 09 2018 03:08:00     Bank of America, N.A.,   P.O. Box 5170,
             Simi Valley, CA. 93062-5170
515533326    EDI: RESURGENT.COM Aug 09 2018 03:08:00     CACH, LLC,   PO Box 10587,
             Greenville, SC 29603-0587
515519158   +E-mail/Text: lriley@caperegional.com Aug 08 2018 23:33:33     Cape Regional,   Medical Center,
             2 Stone Harbor Blvd.,   C.M.C.H., NJ 08210-2138
515519160   +EDI: CAPITALONE.COM Aug 09 2018 03:08:00     Capital One Bank,   P.O. Box 30281,
             Salt Lake City, UT 84130-0281
515722072   +E-mail/Text: bankruptcy@cavps.com Aug 08 2018 23:34:36     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
515519162   +EDI: CITICORP.COM Aug 09 2018 03:08:00     Citi Cards/Citi Bank,   P.O. Box 6241,
             Sioux Falls, SD 57117-6241
515536398    EDI: DISCOVER.COM Aug 09 2018 03:08:00     Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany, OH  43054-3025
515764465    EDI: PRA.COM Aug 09 2018 03:08:00     Portfolio Recovery Associates, LLC,   c/o Whitehall,
             POB 41067,   Norfolk VA 23541
515519170   +EDI: RMSC.COM Aug 09 2018 03:08:00     Synchrony Bank,   Whitehall,   P.O. Box 965036,
             Orlando, FL 32896-5036
516868759    EDI: ECAST.COM Aug 09 2018 03:08:00     eCAST Settlement Corporation,   PO Box 29262,
             New York NY 10087-9262
515638464    EDI: ECAST.COM Aug 09 2018 03:08:00     eCAST Settlement Corporation, assignee,
             of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                              TOTAL: 15


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515519155*   +Bank of America,   1800 Tapo Canyon Road,   Simi Valley, CA 93063-6712
515519165*   +Everhome Mortgage Co.,   301 W. Bay Street,   Jacksonville, FL 32202-5103
515911272*   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741,
              Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
515519166    ##+First Step Group,   6300 Shingle Creek Pkwy.,   Suite 220,   Brooklyn Center, MN 55430-2162
                                                                    TOTALS: 0, * 3, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1        User: admin            Page 2 of 2          Date Rcvd: Aug 08, 2018
                           Form ID: 3180W          Total Noticed: 31
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor   Nationstar Mortgage LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor   EverBank NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Brian E Caine    on behalf of Creditor   BANK OF AMERICA, N.A. bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Celine P. Derkrikorian    on behalf of Creditor   Nationstar Mortgage LLC njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph T. Margrabia    on behalf of Debtor Mark Darrin Nelson jmargrabia@comcast.net
          Kevin Gordon McDonald    on behalf of Creditor   Nationstar Mortgage LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                          TOTAL: 9
```